**08 C 583**

**JUDGE MANNING
MAGISTRATE JUDGE MASON**





