**08 C 583**

**JUDGE MANNING**
**MAGISTRATE JUDGE MASON**





