





Blumberg No. 5208 — EXHIBIT F