JUDGE MANNING
MAGISTRATE JUDGE MASON

08 C 583





Blumberg No. 5208    EXHIBIT

G