JUDGE MANNING
MAGISTRATE JUDGE MASON

08 C 583



EXHIBIT

H

Blumberg No. 5208