IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATIVE AMERICAN ARTS, INC.,

    Plaintiff,

vs.

BL Gifts Wholesale, LLC,

    Defendant.

Case No.    08 C 583
Judge: Blanche M. Manning

**AGREED MOTION FOR ENLARGEMENT OF TIME**

Defendant, BL Gifts Wholesale, LLC ("BL Gifts"), by its attorneys, Dykema Gossett PLLC, moves this Court, by agreement, for an enlargement of time to April 14, 2008, to answer or otherwise respond to plaintiff's Complaint. In further support of this motion, BL Gifts states as follows:

    1.    Plaintiff filed its Complaint in this matter on January 25, 2008.

    2.    The undersigned counsel has entered their appearance in this case.

    3.    BL Gifts requires additional time to investigate the facts alleged and the products identified in the Complaint.

    4.    Plaintiff's counsel has agreed to BL Gifts obtaining an extension of time to answer or otherwise plead until April 14, 2008.

WHEREFORE, BL Gifts Wholesale, LLC respectfully requests that this Court allow it until April 14, 2008 to answer or otherwise plead to plaintiff's Complaint.

    By: s/ Sonia A. Desai
    One of the Attorneys for Defendant,
    BL Gifts Wholesale, LLC

Charles A. LeMoine ARDC No. 6194888
Sonia A. Desai ARDC No. 6255838
Katharine N. Dunn ARDC No. 6282789
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700

**CERTIFICATE OF SERVICE**

I, Tori Pierce, herby certify that on **March 13, 2008**, I electronically filed the foregoing Notice of Motion and Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael Patrick Mullen
>Scott M. Kolosso
>Carla E. Buterman
>MULLEN & FOSTER
>166 W. Washington St., Ste. 600
>Chicago, Illinois 60602

By: s/Sonia A. Desai
Charles A. LeMoine (6194888)
Sonia Desai (6255838)
Katharine N. Dunn (6282789)
Attorneys for Defendant BL Gifts Wholesale, LLC
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone: (312) 627-2134
sdesai@dykema.com