**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NATIVE AMERICAN ARTS, INC.,

        Plaintiff,

vs.

BL Gifts Wholesale, LLC,

        Defendant.

Case No.     08 C 583
Judge:  Blanche M. Manning

**NOTICE OF MOTION**

TO:   Michael Patrick Mullen
      Scott M. Kolosso
      Carla E. Buterman
      MULLEN & FOSTER
      166 W. Washington St., Ste. 600
      Chicago, Illinois 60602

     PLEASE TAKE NOTICE that on March 20, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning, or any judge sitting in her stead, in the usual courtroom occupied by her in Room 2125, of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present our **Agreed Motion for Enlargement of Time,** a copy of which is attached and hereby served upon you.

               By: s/  Sonia A. Desai_____
                  One of the Attorneys for Defendant,
                  BL Gifts Wholesale, LLC

Charles A. LeMoine ARDC No. 6194888
Sonia A. Desai ARDC No. 6255838
Katharine N. Dunn ARDC No. 6282789
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700