UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Native American Arts, Inc.
                Plaintiff,

v.                                    Case No.: 1:08−cv−00583
                                         Honorable Blanche M. Manning

BL Gifts Wholesale, LLC.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable Michael T. Mason: Initial status hearing set for 5/15/08 at 9:00 a.m. Parties are to file a joint status report as required by this Court's Standing Order by 5/12/08, with a courtesy copy to chambers, room 2206. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.