IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 0583 |
| | ) | |
| v. | ) | Judge Manning |
| | ) | Magistrate Judge Mason |
| BL GIFTS WHOLESALE, LLC, | ) | |
| | ) | |
| Defendant. | ) | Jury Trial Demanded |
| | ) | |

**JOINT INITIAL STATUS REPORT**

Plaintiff, Native American Arts, Inc., by and through its attorneys, Michael Patrick Mullen and Scott M. Kolosso of the law firm of Mullen & Foster, and in agreement with Defendant BL Gifts Wholesale, LLC, by and through its attorneys Charles A. LeMoine, Katharine N. Dunn and Sonia A. Desai of the law firm of Dykema Gossett, PLLC, present the following Joint Initial Status Report.

1.     Summary of Claims: Plaintiff brought suit against Defendant based upon alleged violations of the Indian Arts and Crafts Act, 25 U.S.C. § 305e.  The Complaint alleges that Defendant offered, advertised, displayed or sold traditional Indian products in manner that falsely suggested that they were authentic Indian-made products which caused various injuries to Plaintiff.  No counterclaim or third-party claims have been filed.

2.     Statement of Relief Sought: At the present time, Plaintiff anticipates seeking statutory damages.  The IACA provides for statutory damages of $1,000 per day per product. See *Native American Arts, Inc. v. Bundy-Howard, Inc. et. al.*, 168 F.Supp.2d 905, 912-913 (N.D.Ill. 2001).  In Plaintiff's Rule 26(a) Disclosures, Plaintiff estimated statutory damages at $8,760,000 based upon at least eight violative products being offered, displayed or sold for 1,095 days.

During discovery, Plaintiff will be seeking information and documentation regarding other potentially violative products offered, displayed or sold by Defendant during the relevant timeframe, which were alleged generally in the Complaint.

3.    <u>Matters Referred to Magistrate Judge</u>:  Per the Executive Committee's April 17, 2008 Order, this matter was referred to the Magistrate Judge for "discovery supervision" and a "settlement conference."

4.    <u>Status of any Briefing on Matters Referred</u>: No such briefing required on referred matters.

5.    <u>Description of Discovery</u>: To date, Plaintiff has provided its Rule 26(a) Disclosures including the production of several hundred pages of documents.  To date, no other discovery has taken place.  In the future, discovery will be necessary regarding all aspects of the manufacture, offer, advertising, marketing, display and sale of the Indian products alleged to be in violation of the Indian Arts and Crafts Act, 25 U.S.C. § 305e.  In addition, Defendant asserts that discovery will be necessary on Plaintiff's claimed damages.

<u>(a)-(b) Depositions</u>:  To date, no depositions have taken place or are scheduled.

6.    <u>Deadlines</u>: To date, the District Judge has not set any deadlines including a fact discovery cut-off.  The Parties propose a fact discovery cut-off of <u>November 1, 2008</u>.  At the present time, the Parties are undecided whether expert discovery will be necessary.

7.    <u>Settlement Discussions</u>: The Parties have engaged in preliminary settlement discussions.

Respectfully submitted,

/s/ Scott M. Kolosso _____            /s/ Katharine N. Dunn_____
One of the attorneys for Plaintiff            One of the attorneys for Defendant

Michael P. Mullen
Scott M. Kolosso
MULLEN & FOSTER
203 N. Wabash Ave., Suite 2300
Chicago, Illinois 60601
312-750-1600