**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 0583 |
| | ) | |
| v. | ) | Judge Manning |
| | ) | Magistrate Judge Mason |
| BL GIFTS WHOLESALE, LLC, | ) | |
| | ) | |
| Defendant. | ) | Jury Trial Demanded |
| | ) | |

**NOTICE OF FILING**

To:   Charles A. LeMoine
   Katharine N. Dunn
   Sara C. Arroyo
   Sonia Desai
   10 S. Wacker Drive, Suite 2300
   Chicago, IL  60606

PLEASE TAKE NOTICE, that on May 14, 2008, Plaintiff filed parties **Joint Initial Status Report** with the Clerk of the Court for the United States District Court For the Northern District of Illinois, a copy of which is attached hereto and served upon you.

  /s/ Michael P. Mullen
  One of the attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I, Michael P. Mullen, an attorney, certify that on May 14, 2008, I electronically filed the parties **Joint Initial Status Report** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all persons listed above.

  /s/ Michael P. Mullen

Michael P. Mullen
Scott M. Kolosso
Mullen & Foster
203 N. Wabash Ave., Suite 2300
Chicago, IL  60601