# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Native American Arts, Inc.

                    Plaintiff,

v.                                         Case No.: 1:08−cv−00583
                                          Honorable Blanche M. Manning

BL Gifts Wholesale, LLC.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Michael T. Mason:Settlement conference held on 6/5/2008. Parties are to contact the courtroom deputy, 312/435−6051, by noon on 6/9/08 to report whether or not the parties have reached an agreement to settle the case. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.