# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Native American Arts, Inc.
                Plaintiff,

v.                                        Case No.: 1:08−cv−00583
                                        Honorable Blanche M. Manning

BL Gifts Wholesale, LLC.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Parties having reported that they have reached an agreement to settle the case, parties are advised to file the appropriate dismissal paperwork with the District Judge. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.