# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Native American Arts, Inc.
                Plaintiff,

v.                                      Case No.: 1:08−cv−00583
                                                          Honorable Blanche M. Manning

BL Gifts Wholesale, LLC.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Parties have reported that they have reached an agreement to settle the case. Status hearing set for 6/17/2008 is reset to 7/8/2008 at 11:00 AM. If dismissal papers are filed prior to the next date, the status hearing will be stricken.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.