IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIVE AMERICAN ARTS, INC., | ) |
| Plaintiff, | ) Case No. 08 C 0583 |
| v. | ) Judge Manning |
| BL GIFTS WHOLESALE, LLC, | ) Jury Trial Demanded |
| Defendant. | ) |

### STIPULATION TO DISMISS

Plaintiff Native American Arts, Inc. and Defendant BL Gifts Wholesale, LLC stipulate and agree to the dismissal with prejudice of all claims by Plaintiff Native American Arts, Inc., against Defendant BL Gifts Wholesale, LLC and to the entry of the Agreed Order, the parties to bear their own costs and attorney's fees incurred herein.

DATED this 23rd day of June, 2008.

_____
Plaintiff Native American Arts, Inc.,
by one of its attorneys

_____
Defendant BL Gifts Wholesale, LLC,
by one of its attorneys