IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 0583 |
| | ) | |
| v. | ) | Judge Manning |
| | ) | Magistrate Judge Mason |
| BL GIFTS WHOLESALE, LLC, | ) | |
| | ) | |
| Defendant. | ) | Jury Trial Demanded |

**NOTICE OF FILING**

To:   Charles A. LeMoine
      Katharine N. Dunn
      Sara C. Arroyo
      Sonia Desai
      10 S. Wacker Drive, Suite 2300
      Chicago, IL  60606

    PLEASE TAKE NOTICE, that on June 23, 2008, Plaintiff filed its **Stipulation to Dismiss** with the Clerk of the Court for the United States District Court For the Northern District of Illinois, a copy of which is attached hereto and served upon you.

                          /s/ Michael P. Mullen
                    One of the attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

    I, Michael P. Mullen, an attorney, certify that on June 23, 2008, I electronically filed the **Stipulation to Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all persons listed above.

                          /s/ Michael P. Mullen

Michael P. Mullen
Scott M. Kolosso
Mullen & Foster
203 N. Wabash Ave., Suite 2300
Chicago, IL  60601